# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **RUTH WHITEMAN,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO. CIV-16-975-D** |
| | § | |
| **STATE FARM FIRE AND CASUALTY** | § | |
| **COMPANY, a corporation, and** | § | |
| **MIKE McCLINTOCK INSURANCE** | § | |
| **AGENCY, INC.,** | § | |
| | § | |
| **Defendants.** | § | **JURY DEMANDED** |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Ruth Whiteman and

Defendants State Farm Fire and Casualty Company and Mike McClintock Insurance Agency,

Inc. file this Stipulation of Dismissal as to Defendant Mike McClintock Insurance Agency,

Inc., dismissing it without prejudice.  Plaintiff and Mike McClintock Insurance Agency, Inc.

will bear their own costs on this matter.

By:____/s/Adam Engel_____
Mr. Steven S. Mansell, OBA #10584
Mr. Adam Engel, OBA #32384
**MANSELL ENGEL & COLE**
101 Park Avenue, Suite 665
Oklahoma City, OK 73102
Telephone: (405) 232-4100
Facsimile: (405) 232-4140
**ATTORNEYS FOR PLAINTIFF**

F:\dvj\314-195\stipulation.dismissal.mcclintock.wpd

By:   /s/Benjamin G. Kemble
David V. Jones, OBA #19611
Benjamin G. Kemble, OBA #21006
**JONES, ANDREWS & ORTIZ, P.C.**
21 E. Main St., Suite 101
Oklahoma City, Oklahoma  73104
Telephone:   (405) 601-8713
Facsimile:   (405) 232-8330
**ATTORNEYS FOR DEFENDANTS,
STATE FARM FIRE AND CASUALTY
COMPANY AND MIKE McCLINTOCK
INSURANCE AGENCY, INC.**