# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| RUTH WHITEMAN, Plaintiff, v. STATE FARM FIRE AND CASUALTY COMPANY, a corporation, Defendant. | Case No: 5:16-cv-975 D |
|---|---|

## PLAINTIFF'S PRELIMINARY WITNESS LIST

Pursuant to the Court's Scheduling Order, the following will serve as Plaintiff's Preliminary Witness List.

| No. | Name and Address | Testimony |
|---|---|---|
| 1. | Ruth Whiteman<br>c/o Mansell Engel & Cole<br>101 Park Avenue, Suite 665<br>Oklahoma City, OK 73102 | Knowledge of loss and damages, purchase of insurance policy, denial of claim and damages, work related to loss and damages, investigation and handling of claim, scope, amount and cause of damages, insurance coverage. |
| 2. | Larry Jennings<br>c/o Mansell Engel & Cole<br>101 Park Avenue, Suite 665<br>Oklahoma City, OK 73102 | Knowledge of loss and damages, knowledge of construction and repairs to house. |
| 3. | Jerry Jennings<br>c/o Mansell Engel & Cole<br>101 Park Avenue, Suite 665<br>Oklahoma City, OK 73102 | Knowledge of loss and damages, knowledge of construction and repairs to house. |
| 4. | James Jennings<br>c/o Mansell Engel & Cole<br>101 Park Avenue, Suite 665<br>Oklahoma City, OK 73102 | Knowledge of loss and damages, knowledge of construction and repairs to house. |

| No. | Name and Address | Testimony |
|---|---|---|
| 5. | Reda Jennings<br>c/o Mansell Engel & Cole<br>101 Park Avenue, Suite 665<br>Oklahoma City, OK 73102 | Knowledge of loss and damages, knowledge of construction and repairs to house. |
| 6. | Doreen Jennings<br>c/o Mansell Engel & Cole<br>101 Park Avenue, Suite 665<br>Oklahoma City, OK 73102 | Knowledge of loss and damages, knowledge of construction and repairs to house. |
| 7. | Mike McClintock<br>McClintock Insurance Agency<br>2525 NW Expressway, Suite 210<br>Oklahoma City, OK 73112 | Sale of insurance policy to Plaintiff, handling of Plaintiff's claim; Defendant's claim procedures and practices; coverages afforded by policy. |
| 8. | Corbin Swain, P. E.<br>PT&C Forensics, Inc.<br>P.O. Box 536437<br>Atlanta, GA  30353 | State Farm's engineer – inspection, estimate and photographs of damage to Plaintiff's home, knowledge of estimate, the condition of the home, Defendant's claim procedures and practices. |
| 9. | Matt McLemore, Adjuster<br>State Farm Fire and Casualty<br>c/o Mia Vahlberg<br>1100 ONEOK Plaza<br>100 W. Fifth Street<br>Tulsa, OK  74103 | Handling of Plaintiffs' claim; Defendant's claim procedures and practices; coverages afforded by policy. |
| 10. | Scott Bagwell, Adjuster<br>State Farm Fire and Casualty<br>c/o Mia Vahlberg<br>1100 ONEOK Plaza<br>100 W. Fifth Street<br>Tulsa, OK  74103 | Handling of Plaintiffs' claim; Defendant's claim procedures and practices; coverages afforded by policy. |
| 11. | Althea Smith, Adjuster<br>State Farm Fire and Casualty<br>c/o Mia Vahlberg<br>1100 ONEOK Plaza<br>100 W. Fifth Street<br>Tulsa, OK  74103 | Handling of Plaintiffs' claim; Defendant's claim procedures and practices; coverages afforded by policy. |

| No. | Name and Address | Testimony |
|---|---|---|
| 12. | Kelly Parker<br>Smart House Consultants of America<br>6444 NW Expressway, Ste. 836A<br>Oklahoma City, OK  73132 | Professional engineer will testify as an expert on the cause and scope of damage to Plaintiff's home from earthquake. |
| 13. | Sean Wiley<br>21312 State Highway 76<br>Blanchard OK 73010 | Professional construction and restoration expert to testify on cost of repairs to Plaintiff's home. |
| 14. | Any and all witnesses listed by Defendant not otherwise objected to by Plaintiff. ||
| 15. | Plaintiff reserves the right to supplement these disclosures as discovery is ongoing. ||

**MANSELL ENGEL & COLE**

By: s/M. Adam Engel
Steven S. Mansell, OBA #10584
Mark A. Engel, OBA #10796
Kenneth G. Cole, OBA #11792
M. Adam Engel, OBA #32384
101 Park Avenue, Suite 665
Oklahoma City, OK  73102-7201
T: (405) 232-4100 ** F:  (405) 232-4140
Firm Email:  mec@meclaw.net

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2017, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Mia Vahlberg @ mvahlberg@gablelaw.com

**ATTORNEYS FOR DEFENDANT**

s/M. Adam Engel